E. SOLÉ & Co., *S. en C.*, Plaintiff and Appellee, *v.* José CLAUDIO, Defendant and Appellant.

No. 4942. Argued February 6, 1931.—Decided March 18, 1931.

*C. del Toro Fernández* for appellant. *Oscar Souffront* for appellee.

MR. JUSTICE HUTCHISON delivered the opinion of the Court.

Appellant's first contention is that the confirmation of a composition entered into by a bankrupt with his creditors (notwithstanding the opposition of one of such creditors, who subsequently accepted a pro-rata payment) released the sureties of the said bankrupt from all liability for the unpaid balance of an obligation held by the opposing creditor; plaintiff herein. The district court did not err in deciding this question adversely to appellant. 7 C. J. 346, sec. 598; *Easton Furniture Manufacturing Co.* v. *Caminez,* 146 App. Div. 436; *Stauffer, Eshleman Co.* v. *Abington Hardware & F. Co.,* 131 La. 715; *Myers* v. *International Trust Co.,* 273 U. S. 380.

The second contention of appellant raises a question of novation.

As developed by the pleadings and proof it was primarily a question of intention and of fact. We find no such manifest error in the weighing of the evidence on this point as to require a reversal.

The judgment appealed from must be affirmed.